IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Tricon Energy Ltd., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. CV406-170 |
| v. ) | |
| ) | |
| The Vessel (M.V.) Probo Bison ) | |
| her engines, tackle, equipment and ) | |
| furnishings, ) | |
| Defendant. ) | |

## ORDER

Plaintiff's Motion to Shift the Vessel, M/V PROBO BISON, having been considered: IT IS HEREBY ORDERED, that the United States Marshal be directed to permit the vessel M/V PROBO BISON to the shifted from her berth at the Vopak Terminal at the Georgia Ports Authority by the substitute custodian to a safe lay berth in the Port of Savannah, at East Coast Terminals Co., or another suitable lay berth in the Port of Savannah, and it is further

ORDERED, that all expenses attendant to the execution of this Order, including but not limited to pilotage, towage, and wharfage, are for the initial account of the Plaintiff, and the Plaintiff shall make all the necessary arrangements for the movement of the vessel; and it is further

ORDERED, that all reasonable expenses attendant to the execution of this Order are designated administrative expenses of this proceeding, recoverable as such by Plaintiff out of the proceeds of any sale of the vessel subject to the further Order; and it is further

ORDERED, that the substitute custodian is not to interfere with the loading and unloading of the M/V PROBO BISON; and it is further

ORDERED, that nothing in this Order is to be interpreted as constituting a release of the above-mentioned arrest of the said vessel and that the same shall remain in full force and effect.

SO ORDERED THIS 24th DAY OF JULY, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA