FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUN 27 AM 10: 23

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TRICON ENERGY LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE VESSEL (M.V.) PROBO BISON, ) <br> HER ENGINES, TACKLE, EQUIPMENT ) <br> AND FURNISHINGS, ) <br> ) <br> Defendant. ) | Case No. CV406-170 |

## O R D E R

The Court having been advised by counsel for the parties that the above-captioned civil action has settled,

**IT IS HEREBY ORDERED** that this action is hereby dismissed with prejudice, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, within thirty days of the date this Order is filed. See <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994). Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.

**IT IS FURTHER ORDERED** that the Clerk of Court serve copies of this order, by United States Mail, upon the attorneys of record for the parties appearing in this case. This case is **CLOSED**.

SO ORDERED, this 27th day of June, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FRANK W. SEILER
WALTER C. HARTRIDGE
E. POMEROY WILLIAMS
EDWIN D. ROBB, JR.
LEAMON R. HOLLIDAY III
B. H. LEVY, JR.
JOHN G. LIENTZ
M. TYUS BUTLER, JR.
ROY E. PAUL
PETER D. MULLER
MELANIE L. MARKS
CARLTON E. JOYCE
ANN MARIE STACK
DAVID MICHAEL CONNER
D. BRIAN DENNISON
TODD M. BAIAD
WILLIAM L. RONNING
CORINNE E. ANDERSON
ANNE ALLEN WESTBROOK
ERIC S. FULCHER

# BOUHAN, WILLIAMS & LEVY LLP

ATTORNEYS AND COUNSELORS AT LAW

THE ARMSTRONG HOUSE

447 BULL STREET

POST OFFICE BOX 2139

SAVANNAH, GEORGIA 31402-2139

912/236-2491

E-MAIL ADDRESS: WCHARTRIDGE@BOUHAN.COM
**DIRECT DIAL NUMBER: 912-644-5724**

JOHN J. BOUHAN (1886-1971)
B. H. LEVY (1912-1988)
GEORGE W. WILLIAMS (1911-1999)

FAX 912/233-0811
www.bouhan.com

ALAN S. GAYNOR
SAMUEL A. CANN
COUNSEL

June 20, 2007

*Via Telefax 650-4030*
*And Hand Delivery*
Mr. Michael L. Garrett
Courtroom Deputy Clerk
United States District Court
Southern District of Georgia
Savannah, GA 31401

  RE: *Tricon Energy, Ltd., v. The Vessel M/V PROBO BISON*
      *United States District Court, Southern District of*
      *Georgia, Savannah Division; Case No. CV406-170*

Dear Mr. Garrett:

This will confirm my advice to you of yesterday afternoon that the above captioned case has been settled. You have informed me that the Court will issue an Order stating that, among other things, the Court will retain jurisdiction for 30 days during which time the parties are to consummate the settlement.

Thank you for your courtesy and assistance.

With kindest personal regards, I am,

Yours very truly,

Walter C. Hartridge

WCH/esn
cc: David F. Sipple, Esq.